PER CURIAM.
Affirmed. See Nesbitt v. State, 889 So. 2d 801 (Fla. 2004) ; McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013) ; Sauthoff v. State, 56 So. 3d 8 (Fla. 2d DCA 2011) (table decision); Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009) ; Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009) ; Valdez-Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA 2007) ; Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002) ; Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000) ; Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).
NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.